UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| VICKIE SPIVEY ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:22-CV-16-FL |
| MARTIN O'MALLEY, Commissioner of ) | |
| the Social Security Administration ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's consent motion for attorney fees and defendant's stipulation.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 3, 2024, that defendant pay to plaintiff $8,750.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on May 3, 2024, and Copies To:**
Laura Beth Waller / George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Thomas Paul Zimarowski (via CM/ECF Notice of Electronic Filing)


May 3, 2024                           PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                      (By) Sandra K. Collns, Deputy Clerk