IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:22-CV-00016-FL

| | |
|---|---|
| VICKIE SPIVEY, | ) |
| Plaintiff, | ) |
| v. | ) ORDER FOR APPROVAL OF ATTORNEY'S FEES UNDER 42 U.S.C. § 406(b) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) |
| Defendant. | ) |

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this 20th day of December, 2024, by the United States District Court for the Eastern District of North Carolina,

ORDERED that George Piemonte, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $ 15,151.75 (or 25% of Plaintiff's past-due benefits, whichever is less). Counsel may retain the $ 8,750.00 in fees previously awarded under the Equal Access Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $ 6,401.75 due to counsel.

*[signature]*

LOUISE W. FLANAGAN
United States District Judge